**FILED**
September 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:   DT
              Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | Case No: EP:25-CR-02262-LS |
| v. | CT 1: 18 U.S.C. § 111(a) – Assault on a Federal Officer |
| VICTOR PINEDA PAZ, | |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about August 21, 2025, in the Western District of Texas, Defendant,

**VICTOR PINEDA PAZ,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit, A.L., who was engaged in official duties, and caused physical contact with A.L., in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _/s/ Debra P. Kanof_____
Assistant U.S. Attorney